# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

NICOLE NELSON                                                                                          PLAINTIFF

VERSUS                                                              CIVIL ACTION NO. 3:08CV241-HTW-LRA

HEALTHCARE FINANCIAL SERVICES, LLC.                                              DEFENDANT

## FINAL JUDGMENT OF DISMISSAL

## WITH PREJUDICE WITH THE PARTIES TO BEAR THEIR OWN COSTS

THIS MATTER having come on before the Court on joint motion of the sole plaintiff, NICOLE NELSON, and the sole defendant in the above referenced civil action, HEALTHCARE FINANCIAL SERVICES, LLC., and it having been represented to the court that the parties have compromised and settled all disputes and controversies at issue in this litigation and jointly move the Court to dismiss the Complaint, with prejudice, with the parties to bear their own costs, and the court having considered saying, does hereby find that the motion should be, and hereby is GRANTED.  Accordingly, it is

ORDERED AND ADJUDGED that the Complaint in this matter is hereby dismissed, with prejudice, with parties to bear their own costs, and the Clerk of the Court is hereby directed to close the file in this matter upon entry of this final judgment as a matter of record.

SO ORDERED AND ADJUDGED, this the 30th day of September, 2008.

                                                    s/ HENRY T. WINGATE
                                                    CHIEF UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

/s/   Nicole Nelson
NICOLE NELSON, Plaintiff


/s/ Curt Crowley, Esq.
CURT CROWLEY, ESQ.


HEALTHCARE FINANCIAL SERVICES, LLC.,
DEFENDANT


BY: /s/William V. Westbrook, III
WILLIAM V. WESTBROOK, III.
Mississippi Bar No. 7119
BRYANT, DUKES & BLAKESLEE, P.L.L.C.
ATTORNEY of RECORD


CIVIL ACTION NO. 3:08CV241-HTW-LRA
Final Judgment of Dismissal with Prejudice


Proposed Order Prepared By:

WILLIAM V. WESTBROOK, III.
Mississippi Bar No. 7119
Copeland, Cook, Taylor & Bush, P.A.
P. O. Box 10
Gulfport, MS 39502
(228) 863-6101
(228) 868-9077 - fax